1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MICHAEL E. ZELIGER (SBN 271118)
2  michael.zeliger@pillsburylaw.com
   AUDREY LO (SBN 253738)
3  audrey.lo@pillsburylaw.com
   2550 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone:      650.233.4500
5  Facsimile:      650.233.4545

6
   Attorneys for Defendant
7  REVIVERMX, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND

| | |
|---|---|
| 12  HAROLD PARKER, individually | Case No. 20-CV-00735-HSG |
| 13         Plaintiff, | **ORDER GRANTING DEFENDANT REVIVERMX, INC.'S MOTION TO ENLARGE TIME** |
| 14      vs. | |
| 15  REVIVERMX, INC. | Date:        April 2, 2020 |
| 16         Defendant. | Time:        9:30 a.m.<br>Dept:        Ctrm B, 15th Floor |
| 17 | Trial Date: |
| 18 | Judge Haywood S. Gilliam, Jr. |
| 19 | |

20        Upon consideration of its Motion to Enlarge Time, the Declaration of Michael E. Zeliger, all

21  other papers submitted regarding the Motion, and such other further evidence and arguments offered

22  at the hearing, Defendant's Motion to Enlarge Time is GRANTED.  Defendant shall file a response

23  to the Complaint no later than March 30, 2020.

24        IT IS SO ORDERED.

25  Dated:    3/10/2020                        *Haywood S. Gill Jr.*

                                              Haywood S. Gilliam, Jr.
26                                            Judge of the District Court

27

28

                                 -1-